### GEORGE A. SULLIVAN v. STATE OF FLORIDA

18 So. (2nd) 163                                    January Term, 1944
May 26, 1944                                             Division A
Rehearing Denied June 23, 1944

*Zach H. Douglas* and *W. Robert Smith,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn,* Assist-
ant Attorney General, and *Bourke Floyd,* Special Assistant
Attorney General, for appellee.

ADAMS, J.:

George L. Sullivan has filed his petition for leave to apply
for writ of error coram nobis. He was convicted of murder
and sentenced to death. The judgment was affirmed by us
at this term. Now he shows that one of the petit jurors

who sat on the panel that convicted him was a deputy sheriff. That the deputy sheriff qualified under oath when he was interrogated by stating that he held no office or commission under the United States or the State of Florida, and defendant did not learn differently until it was too late to raise the question by motion for a new trial or appeal.

Assuming that the juror was disqualified under the statute, Sec. 40.07, F.S. '41 F.S.A., we must first ascertain whether the matter may be considered on writ of error coram nobis. Coram nobis has been considered many times by us. See Chesser v. State of Florida, 92 Fla. 754, 109 So. 906; House v. State, 127 Fla. 145, 172 So. 734; Chambers v. State, 136 Fla. 568, 187 So. 156, certiorari granted Chambers v. State of Florida, 308 U. S. 541, 60 S. Ct. 127, 84 L. Ed. 456, reversed 309 U. S. 227, 60 S. Ct. 472, 84 L. Ed. 716; Hysler v. State, 146 Fla. 593, 1 So. (2nd) 628, certiorari granted, 313 U. S. 557, 61 S. Ct. 1113, 85 L. Ed. 1518, affirmed 315 U.S. 411, 316 U.S. 642, 62 S. Ct. 688, 86 L. Ed. 932.

The law is well settled that the writ is not available unless the error claimed would have precluded the entry of a judgment against the petitioner. It is not enough to say that the error would compel the reversal of the judgment for another trial.

The petition is denied on authority of Chesser v. State, supra.

So ordered.

BUFORD, C. J., CHAPMAN and SEBRING, JJ., concur.